**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**THE LAMAR COMPANY**                                       **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 1:17cv149 LG RHW**

**THE MISSISSIPPI TRANSPORTATION
COMMISSION**                                       **DEFENDANT**

---

**ENTRY OF APPEARANCE**

---

Notice is hereby given that Ginny Y. Deliman of the law firm Taylor, Wellons, Politz & Duhe, APLC, does hereby enter her appearance as counsel for The Lamar Company in the above-referenced matter.

This the 4th day of November, 2019.

                                              Respectfully Submitted,

                                              */s/ Ginny Y. Deliman*
                                              Ginny Y. Deliman

Mark D. Herbert (MSB No. 2370)
Ginny Y. Deliman (MSB#102199)
TAYLOR, WELLONS, POLITZ & DUHE, APLC
100 Webster Circle, Suite 104
Madison, MS   39110
Telephone: 769-300-2988
Facsimile:  769-300-2145
Email: mherbert@twpdlaw.com
         gdeliman@twpdlaw.com

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing pleading with the Clerk of the Court using the MEC system which has sent notification of such filing to the following:

Daniel B. Smith
MDOT
P.O. Box 1850
Jackson, MS 39215-1850
dsmith@mdot.ms.gov

Rodney M. Love, Esq.
MDOT
Legal Division (69-01)
P.O. Box 1850
Jackson, MS 39215-1850
rlove@mdot.ms.gov

Ellie Word, Esq.
eword@mdot.gov

This the 4th day of November, 2019.

> */s/ Ginny Y. Deliman*
> Ginny Y. Deliman