United States District Court for the Southern District of Mississippi
Southern Division

Cause No. 1:17cv149-LG-RHW

| The Lamar Company, LLC, Plaintiff<br><br>v.<br><br>The Mississippi Transportation Commission, Defendant | |
|---|---|

Notice of Appeal

Notice is hereby given that The Lamar Company, LLC, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment of dismissal as to Count I of the Complaint herein entered in this action on the 14th day of January, 2020.

Respectfully submitted, this the 27th day of January, 2020.

(s)Mark D. Herbert
Attorney for The Lamar Company, LLC

Mark D. Herbert (Miss. Bar No. 2370)
Ginny Y. Deliman (Miss. Bar No. 102199)
TAYLOR, WELLONS, POLITZ & DUHE, APLC
P.O. Box 550
Madison, MS 39130
P: 769-300-2988
Email: mherbert@twpdlaw.com
            gdeliman@twpdlaw.com

## CERTIFICATE OF SERVICE

I certify that I have this day filed a Notice of Appeal using the Court's ECF system

which notified the following:

| | |
|---|---|
| Daniel B. Smith, Esq.<br>MDOT<br>P.O. Box 1850<br>Jackson, MS 39215-1850<br>dsmith@mdot.ms.gov | Rodney M. Love, Esq.<br>MDOT<br>Legal Division (69-01)<br>P.O. Box 1850<br>Jackson, MS 39215-1850<br>rlove@mdot.ms.gov |

This the 27th day of January 2020.

/s/ Mark D. Herbert
Mark D. Herbert